# Tutwiler Coal, Coke & Iron Co. *v.* Nichols.

*Damages for Pollution of Stream.*

(Decided Dec. 21, 1905, 39 So. Rep. 762.)

APPEAL from Birmingham City Court.
Heard before Hon. C. W. FERGUSON.

BENNERS & BENNERS, for appellant.
FRANK S. WHITE & SONS, for appellee.
Reversed and remanded.
Opinion by DENSON, J.
TYSON, SIMPSON and ANDERSON, JJ., concur.